# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9155343 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 12/02/2025  1923 | MTA 21-901.1 |

**Place of Offense:** Ditto Ave

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Speeding 36 in 15

### DEFENDANT INFORMATION

**Last Name:** Malachi   **First:** Prue

**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8GA7415 | MD | | Toy Cam- | | Sil |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 160 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov
$ 190 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freeman Dr
**Date:** TBD  **Time:** TBD

X Defendant Signature: [signed]

Original - CVB Copy

*9155343*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **December 2**, 20**25** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

While sitting stationary in the parking lot of 6000 Ditto Ave, I observed a silver sedan turn onto Ditto from Amber drive at a high rate of speed. Confirmed by my RADAR awis as well as visual speed reaching 36 mph in a posted 15 mph zone. I activated my emergency lights and conducted a traffic stop. The driver had no ID on him and his name and date of birth was confirmed through METERS. The driver was escorted off post until he could get his drivers license. The driver was cooperative during the stop.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/2/2025**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident